1
2
3
4
5
6
7
8                          UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   RICHARD ROJAS,                              Case No.  2:22-cv-01977-JDP (PC)

12                Plaintiff,

13        v.                                      ORDER

14   E. LOPEZ, *et al.*,

15                Defendants.

16

17

18        Plaintiff moves for an extension of time to file an amended complaint.  ECF No. 23.

19   Good cause appearing, that motion is granted and plaintiff's second amended complaint,

20   ECF No. 31, is deemed timely.  The court will screen that complaint in due course.

21        Plaintiff has also filed two motions seeking discovery.  ECF Nos. 24 & 26.  Those

22   motions are denied as premature because service of the complaint has not been authorized.

23   Should the complaint proceed past the screening stage, the court will order service and will issue

24   a discovery and scheduling order after defendants respond to the complaint.  Plaintiff can then

25   serve defense counsel with requests for discovery pursuant to Federal Rules of Civil Procedure

26   26-37 and 45.  If plaintiff is unable to obtain necessary discovery from defendants, he can file an

27   appropriate motion asking for the court's assistance.

28        Accordingly, it is hereby ORDERED that:

                                              1

1.  Plaintiff's motion for an extension of time, ECF No. 23, is granted and his amended complaint filed on April 17, 2023, ECF No. 31, is deemed timely.

2.  Plaintiff's motions for discovery, ECF Nos. 24 & 26, are denied as premature.

IT IS SO ORDERED.

Dated:   May 9, 2023                                              
JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

2