1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| RICHARD ROJAS E. LOPEZ, et al., | Case No. 2:22-cv-01977-TLN-JDP |
|---|---|
| Plaintiff, | |
| v. | **ORDER** |
| E. LOPEZ, et al., | |
| Defendants. | |

Plaintiff, a state prisoner proceeding pro se, filed this civil rights action seeking relief under 42 U.S.C. § 1983. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On February 8, 2024, the magistrate judge filed findings and recommendations herein which were served on Plaintiff, and which contained notice to Plaintiff that any objections to the findings and recommendations were to be filed within fourteen days. The time to file objections has passed, and Plaintiff has not filed any objections.[1]

The Court reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

---

[1] Although it appears from the file that Plaintiff's copy of the findings and recommendations was returned, Plaintiff was properly served. It is the Plaintiff's responsibility to always keep the Court apprised of his current address. Pursuant to Local Rule 182(f), service of documents at the record address of the party is fully effective.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed February 8, 2024 (ECF No. 42) are ADOPTED IN FULL; and
2. Plaintiff's Motion to Alter or Amend Judgement (ECF No. 40) is DENIED.

Date: March 11, 2024

Troy L. Nunley
United States District Judge

2